UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

O'MARR J. JOHNSON,

        Plaintiff,

  v.

CITY OF VANCOUVER POLICE DEPARTMENT,

        Defendant.

CASE NO. C23-5110 BHS

ORDER

THIS MATTER is before the Court on Defendant City of Vancouver's motion for summary judgment on the limitations period, Dkt. 12, and on the City's motion for relief from deadlines, Dkt. 20.

Pro se Plaintiff O'Marr Johnson has not responded to either motion. The City informed the Court that, in a different case, Johnson reported he is now homeless. Dkt. 19. The City has forwarded its motion to Johnson at two email addresses he disclosed in that other case. *Id*. The City correctly surmises that the Court may want to re-note the City's summary judgment motion to give Johnson time to respond to it. The City's

ORDER - 1

Motion, Dkt. 12, is therefore RENOTED for June 16, 2023. Johnson's response to that motion is due June 12.

The City also asks the Court to modify its (May) deadlines for an initial Rule 26(f) conference, for initial disclosures, and for a Joint Status Report, again based on the fact that Johnson is apparently homeless and that the City has not been able to communicate with him. Dkt. 20. That motion is GRANTED. The deadlines in the Court's prior Minute Order, Dkt. 5, are STRICKEN, and the Court will enter a new scheduling order, if necessary, after it resolves the pending dispositive motion.

The City shall send copies of this Order to Johnson at each of his email addresses, and to the physical addresses it has for him.

IT IS SO ORDERED.

Dated this 26th day of May, 2023.

BENJAMIN H. SETTLE
United States District Judge